AO 240 (Rev. 12/03)

## UNITED STATES DISTRICT COURT
### Eastern District of California



**FILED**

SEP 2 2 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
DEPUTY CLERK

ROBERT COATS,

        Plaintiff,

    v.

AFNI, INC,

        Defendant.

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:

**2:15 - CV - 2 0 0 5 TLN CKD PS**

I, Robert Coats, declare that I am the (check appropriate box)
    X petitioner/plaintiff/movant        other

in the above-entitled proceeding: that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.    Are you currently incarcerated?    Yes    X No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? _____ Do you receive any payment from the institution? _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2.    Are you currently employed?    X Yes    No

    a.    If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
    $1,637 per month, Kings Kleening PO Box 17669, So Lake Tahoe, CA 96151
    $ 400 per month (average), LTCC, 1 College Drive, South Lake Tahoe, CA 96150

    b.    If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.    In the past 12 twelve months have you received any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or other self-employment | X Yes | No |
| b. | Rent payments, interest or dividends | Yes | X No |
| c. | Pensions, annuities or life insurance payments | Yes | X No |
| d. | Disability or workers compensation payments | Yes | X No |
| e. | Gifts or inheritances | Yes | X No |
| f. | Any other sources | Yes | X No |

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 12/03)

a. $1,637 per month, Kings Kleening PO Box 17669, So Lake Tahoe, CA 96151

4.   Do you have any cash or checking or savings accounts?      X Yes          No

     If "Yes," state the total amount. $100

5.   Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any
                                              other thing of value?          X Yes          No

     If "Yes," describe the property and state its value.

Ford Explorer - $3,000
Chevrolet Van -$2,000

6.   List the persons who are dependent on you for support, state your relationship to each person and
     indicate how much you contribute to their support.

Tasara Coats, Wife – all living expenses
Christian Coats, Son - all living expenses

I declare under penalty of perjury that the above information is true and correct.

9/21/2015
_____                    _____
        Date                                   Signature of Applicant

NOTICE TO PRISONER: A prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating
all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all
receipts, expenditures, and balances during the last six months in your institutional accounts.  If you have multiple
accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.