UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT COATS, | No. 2:15-cv-2005 TLN CKD PS |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| AFNI, INC., | |
| Defendant. | |

      By order filed September 25, 2015, plaintiff was granted fourteen days in which to submit the appropriate fees to the Clerk of Court.  Plaintiff was cautioned that failure to pay the filing and general administrative fees in the amount of $400 would result in a recommendation that the action be dismissed.  Plaintiff has not paid the requisite fees and has not otherwise responded to the court's order.

      Accordingly, IT IS HEREBY RECOMMENDED that:

      1.  Plaintiff's motion to proceed in forma pauperis (ECF No. 2) be denied; and

      2.  This action be dismissed without prejudice.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned

1

1  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
2  within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.</u>
3  <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
4  Dated:  October 14, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8  4 coats2005.ftc