

Robert V Coats
PO Box 9525
South Lake Tahoe, CA 96158
robertcoats@hotmail.com

**FILED**
OCT 13 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT V COATS,<br><br>Plaintiff,<br><br>vs.<br><br>AFNI, INC<br><br>Defendant. | Case No.: **2:15-cv-2005 TLN CKD PS**<br><br>REQUEST FOR RECONSIDERATION BY THE DISTRICT COURT OF MAGISTRATE JUDGE'S RULING |

Plaintiff, Robert V Coats, requests Reconsideration by the Magistrate Judge, Carolyn K Delaney, in the ruling on September 25, 2015, denying In Forma Pauperis. Plaintiff individually, is proceeding pro se against Defendant, AFNI, INC for violations of the Fair Debt Collection Practices Act (FDCPA)15 U.S.C. § 1692, the Rosenthal Fair Debt Collection Practices Act (RFDCPA), California Civil Code §1788, the Fair Credit Reporting Act (FCRA) 15 U.S.C. §1681, and the Consumer Credit Reporting Agencies Act (CCRAA) California Civil Code §1785.

1. Plaintiff has filed an In Forma Pauperis affidavit pursuant to 28 U.S.C. § 1914(a) stating a monthly income of $2,037. The affidavit was denied by the Magistrate Judge, and Plaintiff hereby motions for reconsideration of the ruling.

2. Plaintiff respectfully points out that there was an error on the Magistrate Judge's Order: "Plaintiff has filed an in forma pauperis affidavit in which he states that his monthly take home pay is $2,637."

3. Plaintiff's affidavit was denied as "an inadequate showing of indigency".

4. Plaintiff has sworn that he is unable to pay the court costs at this time and paying the filing fee and administrative costs present a hardship.

5. The complaint in this instant case is by no means frivolous but rather is a bona fide Federal question invoking the above stated Consumer laws, therefore dismissing the Complaint would be denying access to the court and due process, in seeking relief for violations of law and damages inflicted upon the Plaintiff.

6. Wherefore, Plaintiff respectfully requests that the said error be corrected, indigency acknowledged, and In Forma Pauperis be granted. If it cannot be granted in full, it is further requested to allow other options such as: payment arrangements, or to defer payment of costs due upon Settlement or Judgment, at the discretion of the court.

Dated: October 8, 2015

Respectfully Submitted,

Robert Coats
PO Box 9525
South Lake Tahoe, CA 96158
robertcoats@hotmail.com

AO 240 (Rev. 12/03)

# UNITED STATES DISTRICT COURT
Eastern District of California

**FILED**
SEP 2 2 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK



ROBERT COATS,

    Plaintiff,

v.

AFNI, INC,

    Defendant.

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

**2:15 - CV - 2 0 0 5 TLN CKD PS**

I, Robert Coats, declare that I am the (check appropriate box)
    X petitioner/plaintiff/movant    other

in the above-entitled proceeding: that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    Yes    X No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? _____ Do you receive any payment from the institution? _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    X Yes    No

    a.    If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
    $1,637 per month, Kings Kleening PO Box 17669, So Lake Tahoe, CA 96151
    $ 400 per month (average), LTCC, 1 College Drive, South Lake Tahoe, CA 96150

    b.    If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a.    Business, profession or other self-employment    X Yes    No
    b.    Rent payments, interest or dividends    Yes    X No
    c.    Pensions, annuities or life insurance payments    Yes    X No
    d.    Disability or workers compensation payments    Yes    X No
    e.    Gifts or inheritances    Yes    X No
    f.    Any other sources    Yes    X No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

Case 2:15-cv-02005-TLN-CKD   Document 5   Filed 10/13/15   Page 4 of 5
Case 2:15-cv-02___-TLN-CKD   Document 2   Filed 0_/__/15   Page 2 of 2
AO 240 Reverse (Rev. 12/03)

a. $1,637 per month, Kings Kleening PO Box 17669, So Lake Tahoe, CA 96151

4. Do you have any cash or checking or savings accounts?   X Yes   No

If "Yes," state the total amount. $100

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   X Yes   No

If "Yes," describe the property and state its value.

Ford Explorer - $3,000
Chevrolet Van -$2,000

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

Tasara Coats, Wife – all living expenses
Christian Coats, Son - all living expenses

I declare under penalty of perjury that the above information is true and correct.

9/21/2015
Date

_____
Signature of Applicant

NOTICE TO PRISONER: A prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT V COATS,<br><br>    Plaintiff,<br><br>vs.<br><br>AFNI, INC<br>    Defendant. | Case No.: **2:15-cv-2005 TLN CKD PS**<br><br>ORDER |

## ORDER

Upon consideration of the attached Petition and Affidavit of Financial Status, it is hereby Ordered that the Plaintiff, Robert V Coats, is permitted to proceed with the filing of his In Forma Pauperis, and shall not be required to pay the costs or fees payable in connection with such matter, but conditioned upon his payment of such costs from the proceeds of any financial recovery in this case.

Dated: _____

_____
CAROLYN K DELANEY
UMITED STATES MAGISTRATE JUDGE